**Patagonia, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-00908**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/912637285 | ihpone cases Store |
| 2 | dhgate.com/store/20481592 | wen18352101549 |
| 3 | dhgate.com/store/20691263 | brand666 |
| 4 | dhgate.com/store/20754409 | manpoloshirt |
| 5 | dhgate.com/store/21202155 | highstreetmen |
| 6 | dhgate.com/store/21202341 | supremen03 |
| 7 | dhgate.com/store/21210055 | gqf110 |
| 8 | dhgate.com/store/21218673 | vintagetshirt |
| 9 | dhgate.com/store/21223180 | englandpatriots |
| 10 | dhgate.com/store/21223563 | ppdemarque |
| 11 | dhgate.com/store/21302258 | wgxgoodluck2020 |
| 12 | dhgate.com/store/21582555 | fsk05 |
| 13 | dhgate.com/store/21650231 | premiumcollection |
| 14 | dhgate.com/store/21651738 | yc_sneaker |
| 15 | dhgate.com/store/21675681 | cmy2021899 |
| 16 | dhgate.com/store/21691174 | strangecat |
| 17 | dhgate.com/store/21692573 | shoe_clothing |
| 18 | dhgate.com/store/21697186 | cqqqdhgates |
| 19 | dhgate.com/store/21697897 | yw_clothing_factory0 |
| 20 | dhgate.com/store/21701409 | lx_fashion_chain02 |
| 21 | dhgate.com/store/21701516 | clothingfactory08wm |
| 22 | dhgate.com/store/21705533 | wholesalergucc |
| 23 | dhgate.com/store/21739482 | xyluxurious09 |
| 24 | dhgate.com/store/21741962 | Que646 |
| 25 | dhgate.com/store/21749964 | mujiclothing |
| 26 | oppofox.com | oppofox.com |
| 27 | vogueisus.com | vogueisus.com |

| | Defendant Domain Names | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 28 | patagonia-dublin.com | patagonia-dublin.com |
| 29 | patagoniaenmexico.com | patagoniaenmexico.com |
| 30 | patagonia-espana.com | patagonia-espana.com |

| | | |
|---|---|---|
| 31 | patagonia-india.com | patagonia-india.com |
| 32 | patagoniaindias.com | patagoniaindias.com |
| 33 | patagoniajapansale.com | patagoniajapansale.com |
| 34 | patagoniamexicotienda.com | patagoniamexicotienda.com |
| 35 | patagonia-nederland.com | patagonia-nederland.com |
| 36 | patagonianederlandwinkel.com | patagonianederlandwinkel.com |
| 37 | patagonianegoziitalia.com | patagonianegoziitalia.com |
| 38 | patagonia-norge.com | patagonia-norge.com |
| 39 | patagoniaoutletaustralia.com | patagoniaoutletaustralia.com |
| 40 | patagoniaoutletdanmark.com | patagoniaoutletdanmark.com |
| 41 | patagoniaoutletfrance.com | patagoniaoutletfrance.com |
| 42 | patagoniaoutletitalia.com | patagoniaoutletitalia.com |
| 43 | patagoniapoiska.com | patagoniapoiska.com |
| 44 | patagoniarea.com | patagoniarea.com |
| 45 | patagoniasalenz.com | patagoniasalenz.com |
| 46 | patagonia-schweiz.com | patagonia-schweiz.com |
| 47 | patagoniatakki.com | patagoniatakki.com |
| 48 | patagoniaukoutlet.com | patagoniaukoutlet.com |
| 49 | shierdl.com | shierdl.com |
| 50 | tweedyschopshop.com | tweedyschopshop.com |
| 51 | watsridonmoon9.com | watsridonmoon9.com |
| 52 | artsncurls.com | artsncurls.com |
| 53 | outdoorshopsg.com | outdoorshopsg.com |